**TOM PETRUS & MILLER, LLLC**

| | |
|---|---|
| RICHARD B. MILLER | 3729-0 |
| rmiller@tpm-hawaii.com | |
| Tel. (808) 792-5855 | |
| ASHLEY R. SHIBUYA | 10200-0 |
| ashibuya@tpm-hawaii.com | |
| Tel. (808) 792-5804 | |

Finance Factors Center, Suite 650
1164 Bishop Street
Honolulu, Hawaii 96813
Facsimile: (808) 792-5809

Attorneys for Plaintiff
PROGRESSIVE CASUALTY INSURANCE CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE CO., an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL PARKER; PARKER MARINE WORLDWIDE INC.; CLINTON ROBERT MILLER,<br><br>Defendants. | CASE NO. CV 22-CV-00479-JMS-WRP (Declaratory Judgment)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES<br><br><br>TRIAL: April 15, 2025 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

Come now Plaintiff PROGRESSIVE CASUALTY INSURANCE CO. and Defendants MICHAEL PARKER, PARKER MARINE WORLDWIDE INC. and CLINTON ROBERT MILLER, by and through their respective counsels, and pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and L.R. 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, hereby stipulate that the above-entitled action, is dismissed with prejudice, each party to bear their own costs and attorneys' fees.  All parties who have appeared in this action have signed the instant Stipulation.  There are no remaining parties and/or issues.  All other claims and parties are dismissed.

Trial is set for April 15, 2025.

DATED:  Honolulu, Hawaii, January 8, 2025.

/s/ Ashley R. Shibuya
RICHARD B. MILLER
ASHLEY R. SHIBUYA
Attorneys for Plaintiff
PROGRESSIVE CASUALTY
INSURANCE CO.

/s/ Michael P. Healy
CHARLES H. BROWER
MICHAEL P. HEALY
Attorneys for Defendant
CLINTON ROBERT MILLER

*Michael Parker*
MICHAEL PARKER

PARKER MARINE WORLDWIDE INC.

*Michael Parker*
By Michael Parker
Its President

APPROVED AS TO FORM:



/s/ J. Michael Seabright

J. Michael Seabright
United States District Judge

Progressive Casualty Insurance Co. v. Michael Parker, et al., Civil No. CV 22-CV-00479-JMS-WRP; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES